```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
In re:                                                          Case No. 19-01850-RNO
Judith Ann Hollenbeck                                           Chapter 13
         Debtor
                         CERTIFICATE OF NOTICE
District/off: 0314-4          User: DGeorge              Page 1 of 1           Date Rcvd: May 23, 2019
                              Form ID: ntnew341          Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db             +Judith Ann Hollenbeck,    715 Grampian Blvd,    Williamsport, PA 17701-1823
5192541        +Capital One Auto Finance,    P.O. Box 259407,    Plano, TX 75025-9407
5192544        +PNC Mortgage,    P.O. Box 8703,   Dayton, OH 45401-8703
5196414        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 23 2019 19:06:59
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2019 19:07:13
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5192543        +E-mail/Text: bankruptcy@cavps.com May 23 2019 19:05:27     Calvary Portfolio Services,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
5194518        +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 23 2019 19:06:59
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5192542         E-mail/PDF: pa_dc_ed@navient.com May 23 2019 19:07:00     Department of Education/Navient,
                 P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
5193490        +E-mail/PDF: gecsedi@recoverycorp.com May 23 2019 19:07:00     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Norman M. Lubin    on behalf of Debtor 1 Judith Ann Hollenbeck Norm@cbatty.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Judith Ann Hollenbeck,
**Debtor 1**

Chapter 13

Case No. 4:19–bk–01850–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: July 1, 2019 |
| --- | --- |
| | Time: 11:00 AM |

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 197 S Main St, Wilkes–Barre, PA 18701 OR <br> 228 Walnut St,Rm320,Harrisburg, PA 17101 <br> 570–831–2500/717–901–2800 | For the Court: <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DGeorge, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 23, 2019 |

ntnew341 (04/18)