Certificate Number: 17572-PAM-DE-032876303

Bankruptcy Case Number: 19-01850



17572-PAM-DE-032876303

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on May 27, 2019, at 1:08 o'clock PM PDT, Judith A Hollenbeck completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 27, 2019         By:  /s/Judy Alexander

                           Name:  Judy Alexander

                           Title:  Counselor