EVANGELICAL COMMUNITY HOSPITAL  
1 Hospital Drive  
Lewisburg, PA 17837 United States

Number 425069  
Check Date 04/11/2019

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Judith A. Hollenbeck  
715 Grampian Blvd  
Williamsport, PA 17701-1823  
US

Net Pay 2423.42

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Judith A. Hollenbeck | 1594 | 13316 | 1 | 6850 | 04/06/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 3755.20 | 30041.60 |
| Total Deductions |  | 1331.78 | 10033.20 |
| Total Net |  | 2423.42 | 20173.40 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Cell Phone Reimbursement |  |  |  | 165.00 |
| FMLA Family PTO |  |  |  | 375.52 |
| Holiday |  |  |  | 751.04 |
| PTO/Excused |  |  |  | 1126.56 |
| Regular | 80.00 | 46.94 | 3755.20 | 27788.48 |
| Total | 80.00 |  | 3755.20 | 30041.60 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax Withholding | 662.24 | 4791.47 |
| LST - KELLY TWP UNION | 2.00 | 16.00 |
| Medicare Tax EE | 52.65 | 422.75 |
| Pennsylvania State Withholding | 111.46 | 895.03 |
| Social Security (FICA) Tax EE | 225.11 | 1807.61 |
| State Unemployment Tax EE | 2.25 | 18.02 |
| WILLIAMSPORT ASD LYCOMING | 54.46 | 437.32 |
| WILLIAMSPORT CITY LYCOMING | 18.15 | 145.75 |

|  | Total | 1128.32 | 8533.95 |
|---|---|---|---|

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental Pre Tax EE | 3.83 | 29.61 |
| HSA Credit Union | 80.00 | 560.00 |
| High Ded Pre Tax Surcharge EE | 38.50 | 280.00 |
| Vision Pre Tax EE | 2.13 | 17.04 |
| Total | 124.46 | 886.65 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Development - Ongoing | 20.00 | 160.00 |
| Voluntary Life After Tax EE | 59.00 | 452.60 |
| Total | 79.00 | 612.60 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7026 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxx0441 | Checking | 2423.42 |

EVANGELICAL COMMUNITY HOSPITAL  
1 Hospital Drive  
Lewisburg, PA 17837 United States

Number: 423288  
Check Date: 03/28/2019

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Judith A. Hollenbeck  
715 Grampian Blvd  
Williamsport, PA 17701-1823  
US

**Net Pay** 2478.44

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Judith A. Hollenbeck | 1594 | 13316 | 1 | 6850 | 03/23/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 3755.20 | 26286.40 |
| Total Deductions | | 1331.76 | 8701.42 |
| Total Net | | 2478.44 | 17749.98 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Cell Phone Reimbursement | | 55.00 | 55.00 | 165.00 |
| FMLA Family PTO | | | | 375.52 |
| Holiday | | | | 751.04 |
| PTO/Excused | | | | 1126.56 |
| Regular | 80.00 | 46.94 | 3755.20 | 24033.28 |
| Total | 80.00 | | 3755.20 | 26286.40 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax Withholding | 662.24 | 4129.23 |
| LST - KELLY TWP UNION | 2.00 | 14.00 |
| Medicare Tax EE | 52.64 | 370.10 |
| Pennsylvania State Withholding | 111.46 | 783.57 |
| Social Security (FICA) Tax EE | 225.10 | 1582.50 |
| State Unemployment Tax EE | 2.25 | 15.77 |
| WILLIAMSPORT ASD LYCOMING | 54.46 | 382.86 |
| WILLIAMSPORT CITY LYCOMING | 18.15 | 127.60 |

|  |  | Total | 1128.30 | 7405.63 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental Pre Tax EE | 3.83 | 25.78 |
| HSA Credit Union | 80.00 | 480.00 |
| High Ded Pre Tax Surcharge EE | 38.50 | 241.50 |
| Vision Pre Tax EE | 2.13 | 14.91 |
| Total | 124.46 | 762.19 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Development - Ongoing | 20.00 | 140.00 |
| Voluntary Life After Tax EE | 59.00 | 393.60 |
| Total | 79.00 | 533.60 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7026 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxx0441 | Checking | 2478.44 |