```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                         Case No. 19-01850-RNO
Judith Ann Hollenbeck                                          Chapter 13
       Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-4        User: REshelman        Page 1 of 1        Date Rcvd: Jul 03, 2019
                            Form ID: ntcnfhrg      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
```
db              +Judith Ann Hollenbeck,   715 Grampian Blvd,   Williamsport, PA 17701-1823
5192544         +PNC Mortgage,    P.O. Box 8703,   Dayton, OH 45401-8703
5196414         +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 03 2019 19:34:34
                  Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 19:45:32
                  PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5192543         +E-mail/Text: bankruptcy@cavps.com Jul 03 2019 19:25:22      Calvary Portfolio Services,
                  500 Summit Lake Drive,   Valhalla, NY 10595-2322
5192541         +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 03 2019 19:34:59
                  Capital One Auto Finance,   P.O. Box 259407,   Plano, TX 75025-9407
5194518         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 03 2019 19:34:10
                  Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
5212934         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 03 2019 19:34:55
                  Capital One Auto Finance, a division of Capital On,   P.O. Box 4360,   Houston, TX 77210-4360
5210087         +E-mail/Text: bankruptcy@cavps.com Jul 03 2019 19:25:23      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5192542          E-mail/PDF: pa_dc_ed@navient.com Jul 03 2019 19:34:59      Department of Education/Navient,
                  P.O. Box 9635,   Wilkes-Barre, PA 18773-9635
5212074          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2019 19:25:12
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, Pa. 17128-0946
5193490         +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 19:34:04      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Norman M. Lubin    on behalf of Debtor 1 Judith Ann Hollenbeck Norm@cbatty.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Judith Ann Hollenbeck,

**Debtor 1**

Chapter 13

Case No. 4:19−bk−01850−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **September 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: September 20, 2019 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 3, 2019 |

ntcnfhrg (03/18)