# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JUDITH ANN HOLLENBECK
              Debtor(s)
         CHARLES J. DEHART, III                 CHAPTER 13
         CHAPTER 13 TRUSTEE
              Movant
         vs.                                                CASE NO: 4-19-01850-RNO
         JUDITH ANN HOLLENBECK
              Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 20, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on May 31, 2019.

2. A hearing was held and an Order was entered on September 20, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                          Respectfully submitted,

                                                          s/    Agatha R. McHale, Esq.
                                                          Id:    47613
                                                          Attorney for Trustee
                                                          Charles J. DeHart, III
                                                          Standing Chapter 13 Trustee
                                                          Ste. A, 8125 Adams Drive
                                                          Hummelstown, PA    17036
                                                          Ph.    717-566-6097
                                                          Fax. 717-566-8313
                                                          eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: JUDITH ANN HOLLENBECK

                         Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                         Movant

CASE NO: 4-19-01850-RNO

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Courthouse and Federal Building
Courtroom #1, 4th Floor
240 West Third Street
Williamsport, PA 17701

Date: December 13, 2019

Time: 10:00 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: November 20, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: JUDITH ANN HOLLENBECK

                    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                    Movant

CHAPTER 13

JUDITH ANN HOLLENBECK

CASE NO: 4-19-01850-RNO

                    Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 20, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| NORMAN M. LUBIN, ESQUIRE<br>CASALE & BONNER, PC<br>331 ELMIRA STREET<br>WILLIAMSPORT, PA 17701- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| JUDITH ANN HOLLENBECK<br>715 GRAMPIAN BLVD<br>WILLIAMSPORT, PA 17701 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 20, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE:   JUDITH ANN HOLLENBECK

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE Movant | |
| JUDITH ANN HOLLENBECK | CASE NO: 4-19-01850-RNO |
| Respondent(s) | |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.