IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Judith Ann Hollenbeck <br> Debtor(s) <br><br> PNC BANK NATIONAL ASSOCIATION <br> Movant <br> vs. <br><br> Judith Ann Hollenbeck <br> Debtor(s) | CHAPTER 13 <br><br> NO. 19-01850 MJC <br><br> 11 U.S.C. Section 362 |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On or about November 16, 2021, Movant filed a Motion for an Order Directing Debtor to File an Amended Chapter 13 Plan within fifteen days to address post-petition arrears.

2. On or about November 30, 2021, Debtor filed an Answer to Movant's Motion, requesting thirty days to file an Amended Plan.

3. In resolution of Movant's Motion, the Parties now agree and stipulation that within thirty days of this Court's approval of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to address post-petition arrears

4. The undersigned seeks court approval of this stipulation.

5. The parties agree that a facsimile signature shall be considered an original signature.

Date: December 3, 2021

/s/ **Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 12/7/21

Norman M. Lubin Esq.
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Judith Ann Hollenbeck <br> Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION <br> Movant <br> vs. | NO. 19-01850 MJC |
| Judith Ann Hollenbeck <br> Debtor(s) | |
| Jack N. Zaharopoulos <br> Trustee | 11 U.S.C. Section 362 |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.