**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Judith Ann Hollenbeck <br> Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION <br> Movant <br> vs. | NO. 19-01850 MJC |
| Judith Ann Hollenbeck <br> Debtor(s) | |
| Jack N. Zaharopoulos <br> Trustee | 11 U.S.C. Section 362 |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.