# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JUDITH ANN HOLLENBECK

                                                                      CHAPTER 13

                  Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                              CASE NO: 4-19-01850-MJC
                Movant

## AMENDED NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to the Chapter 13 Plan.

**Any previously received notice on this matter should be disregarded.**

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing to be held as stated below:

        Date/Time: February 24, 2022 at 10:00 AM
        THIS HEARING WILL BE HELD REMOTELY USING FREE
        ZOOM VIDEO CONFERENCE SOFTWARE.

        THERE WILL BE NO IN COURT APPEARANCE FOR THIS
        HEARING.

YOU ARE FURTHER NOTICED that you MUST attend the hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2659.00**
        **AMOUNT DUE FOR THIS MONTH: $666.00**
        **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $3325.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
           CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

        If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment

to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com

Dated: January 20, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JUDITH ANN HOLLENBECK

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 4-19-01850-MJC

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Amended Notice by First Class Mail, from Hummelstown, PA unless served electronically, at the below address on January 20, 2022.

NORMAN M. LUBIN, ESQUIRE
CASALE & BONNER, PC
331 ELMIRA STREET
WILLIAMSPORT, PA  17701-

JUDITH ANN HOLLENBECK
715 GRAMPIAN BLVD
WILLIAMSPORT, PA  17701

Respectfully submitted,

s/ Liz Joyce
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036

Dated:  January 20, 2022