| | |
|---|---|
| In re: | Case No. 19-01850-MJC |
| Judith Ann Hollenbeck | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 25, 2022 | Form ID: ordsmiss | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith Ann Hollenbeck, 715 Grampian Blvd, Williamsport, PA 17701-1823 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 25 2022 23:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 25 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5192543 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2022 18:36:00 | Calvary Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 5192541 | + | EDI: CAPONEAUTO.COM | Feb 25 2022 23:43:00 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 5194518 | + | EDI: AISACG.COM | Feb 25 2022 23:43:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5212934 | + | EDI: AISACG.COM | Feb 25 2022 23:43:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5210087 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2022 18:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5192542 | | EDI: NAVIENTFKASMDOE.COM | Feb 25 2022 23:43:00 | Department of Education/Navient, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 5218929 | | EDI: NAVIENTFKASMDOE.COM | Feb 25 2022 23:43:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5218804 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2022 18:36:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5192544 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2022 18:36:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 5212074 | | EDI: PENNDEPTREV | Feb 25 2022 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5212074 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2022 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5193490 | + | EDI: RMSC.COM | Feb 25 2022 23:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| 5196414 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 25 2022 18:42:27 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
|---|---|---|---|

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2022  Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Norman M. Lubin | on behalf of Debtor 1 Judith Ann Hollenbeck Norm@cbatty.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Judith Ann Hollenbeck,<br>**Debtor 1** | Chapter 13<br><br>Case No. 4:19−bk−01850−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 25, 2022

ordsmiss (05/18)